Honorable Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WARK ENTERPRISES LLC, WARK DEVELOPMENT CO., INC., SCOTT COMBS DEVELOPMENT LLC, BRUCE N. WARK and SCOTT COMBS<br><br>Plaintiffs,<br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC"), as Receiver for the Bank of Clark County, and MULTIBANK 2009-1 RES-ADC VENTURE, LLC, a Delaware limited liability company<br><br>Defendants. | Case No. 3:10 – CV - 05166 RJB<br><br>AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE |

AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii) and in accordance with the Parties' Stipulation and Joint Motion for Voluntary Dismissal Without Prejudice, it is hereby ORDERED that any and all claims that Plaintiffs Wark Enterprises LLC, Wark Development Co., Inc., Scott Combs Development LLC, Bruce N. Wark and Scott Combs have asserted against all Defendants in this lawsuit are

---

AGREED ORDER FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE        - 1
NO. 3:10 – CV - 05166

DON S. WILLNER & ASSOCIATES, P.C.
630 SUNNYSIDE ROAD
TROUT LAKE, WA 98650
(509) 395-2000
donswillner@aol.com

1 hereby dismissed in their entirety, without prejudice, with each Party to bear its own attorney's fees
2 and costs.
3     The Clerk of the Court is hereby directed to close this action.
4
5     DATED this 20th day of January, 2011.
6
7     _____
8     ROBERT J. BRYAN
    United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AGREED ORDER FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE          - 2
NO. 3:10 – CV - 05166

DON S. WILLNER & ASSOCIATES, P.C.
630 SUNNYSIDE ROAD
TROUT LAKE, WA 98650
(509) 395-2000
donswillner@aol.com